No. 72–6981.   DE LEON v. UNITED STATES; and

No. 73–5018.   DE LEON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 462 F. 2d 170 and 474 F. 2d 790.

No. 72–6982.   McCRAY v. ALABAMA.   C. A. 5th Cir. Certiorari denied.

No. 72–6983.   SMITH v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 72–6985.   REED v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 72–6986.   JACKSON v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 72–6987.   BROWN v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 72–6989.   WRIGHT v. SMITH, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 72–6990.   HERN v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 72–6993.   KELLY v. PERINI, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 72–6997.   HOWELL v. WORKMEN'S COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 72–6998.   DIAZ-AGUILAR ET AL. v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 9th Cir.   Certiorari denied.

No. 72–6999.   CARROLL v. CITY OF MIAMI ET AL. C. A. 5th Cir.   Certiorari denied.